# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

BOB DAVID SCOTT,                    :
                                    :
      Plaintiff,              :
                                    :
  v.                                :  CIVIL ACTION NO.
                                    :  2:10-CV-0167-RWS
JACKSON COUNTY JAIL, *et al.*,      :
                                    :
      Defendants.             :

## ORDER

On November 5, 2010, the Court entered an Order [8] directing Plaintiff to submit an amendment to his Complaint to clearly specify what actions of Defendants he asserts violated his constitutional rights to adequate medical care.  Plaintiff was ordered to submit an amendment to his Complaint within twenty (20) days of the entry of the Order and was admonished that failure to file an amended complaint within the specified period of time may result in dismissal of this action pursuant to Local Rule 41.3, N.D. Ga.   More than twenty (20) days have passed since the entry of the aforementioned Order, and Plaintiff has failed to file an amended complaint.  Therefore, this action is hereby **DISMISSED** pursuant to Local Rule 41.3, N.D. Ga.

AO 72A
(Rev.8/82)

**SO ORDERED**, this  7th   day of December, 2010.


_____
**RICHARD W. STORY**
United States District Judge